UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETEY L. SNOWDEN,<br><br>  Plaintiff,<br><br>  vs.<br><br>CAROLYN W. COLVIN, Commissioner of Social Security,<br><br>  Defendant. | CASE NO. EDCV 12-1174 AGR<br><br>JUDGMENT |

IT IS HEREBY ADJUDGED that judgment is entered for the Plaintiff and that this action is remanded to the Commissioner for further proceedings consistent with the Memorandum Opinion and Order.

DATED: March 29, 2013

_____
ALICIA G. ROSENBERG
United States Magistrate Judge